# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

#1568

| IN RE:<br><br>RICKY L HOLMSTROM<br><br>Debtor(s) | **UNCLAIMED DIVIDENDS FOR DEPOSIT TO REGISTRY FUND**<br><br>**CASE NO. BKY 06-32049 DDO** |
|---|---|

Jasmine Z. Keller, Chapter 13 Trustee, reports that distributions to Upfront Rewards Card Services in the amount of $150.97, were unclaimed.

| CREDITOR: | CLAIM NUMBER: | AMOUNT: |
|---|---|---|
| Upfront Rewards Card Services<br>PO Box 888377<br>Grand Rapids, MI 49588-8377 | 4 | $150.97 |

ACCOUNT NUMBER:
5194970000001064

**Jasmine Z. Keller, Trustee**

Dated: December 1, 2009

/s/ Jasmine Z. Keller/JJ
Jasmine Z. Keller, Trustee

**DISTRIBUTION:**
Original and one copy to Clerk of Court
One copy to United States Trustee

RECEIVED 09 DEC -2 AM 10:43 U.S. BANKRUPTCY COURT ST PAUL MN